**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 15, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00140-CV

### IN RE THE CITY OF HOUSTON, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
80th District Court
Harris County, Texas
Trial Court Cause No. 2015-02771**

## MEMORANDUM OPINION

On February 13, 2015, relator, The City of Houston filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to comply with the Section 51.014(b) of the Texas Civil Practice and Remedies Code.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for a writ of mandamus. We also deny relator's emergency motion for temporary relief.

PER CURIAM

Panel Consists of Justices Boyce, Jamison, and Brown.